**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Packable Holdings, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **Entourage Commerce, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1356932** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1516 Motor Pkwy** <br> **Hauppauge, NY 11788** <br> Number, Street, City, State & ZIP Code | **1985 Marcus Ave** <br> **Suite 207** <br> **Lake Success, NY 11042** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Suffolk** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  **www.packable.com**

6. **Type of debtor**

☐ (filled) Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Packable Holdings, LLC**
_____    Case number (*if known*) _____
Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4461__

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

Debtor    **Packable Holdings, LLC**                                    Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **See Rider** | Relationship | **Affiliates** | |
| District | **Delaware** | When | **Contemporaneously** Case number, if known | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

■ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Packable Holdings, LLC**                                          Case number (*if known*)
Name

**16.  Estimated liabilities**
☐ $0 - $50,000                 ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000           ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ■ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Packable Holdings, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    8/28/2022
                MM / DD / YYYY

X  *Maria Harris*                                    Maria Harris
   Signature of authorized representative of debtor     Printed name

   Title   Chief Legal Officer

**18. Signature of attorney**

X  */s/ Christopher M. Samis*                     Date  8/28/2022
   Signature of attorney for debtor                     MM / DD / YYYY

   **Christopher M. Samis**
   Printed name

   **Potter Anderson & Corroon LLP**
   Firm name

   **1313 North Market Street, 6th Floor**
   **Wilmington, DE 19801**
   Number, Street, City, State & ZIP Code

   Contact phone   **302-984-6000**     Email address   **csamis@potteranderson.com**

   **DE    4909**
   Bar number and State

**RIDER**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (including the debtor in this chapter 11 case, collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. The Debtors have moved for joint administration of their cases with the lead case number assigned to the chapter 11 case of debtor Packable Holdings, LLC.

1.     Packable Holdings, LLC

2.     Greenpharm Ventures LLC

3.     Packable Media, LLC

4.     Pharmapacks, LLC

5.     Packable Ventures, LLC

6.     Access Brands, LLC

**ACTION BY WRITTEN CONSENT
OF THE
BOARD OF MANAGERS OF
PACKABLE HOLDINGS, LLC**

**August 26, 2022**

The undersigned, constituting the requisite managers of the Board of Managers (the "***Board***") of **PACKABLE HOLDINGS, LLC**, a Delaware limited liability company (the "***Company***"), pursuant to the Delaware Limited Liability Company Act and the Company's Amended and Restated Limited Liability Company Agreement dated April 14, 2022 (as amended, the "***LLC Agreement***"), hereby adopts the following resolutions by written consent:

**APPROVAL OF CHAPTER 11 PETITION**

**WHEREAS,** in light of the Company's financial condition, the Company was directed to formally engage certain professionals to advise the Company on the evaluation and implementation of strategic alternatives for the Company, including seeking relief under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***"), if advisable;

**WHEREAS,** the Company was previously directed to conduct a process to, among other things, solicit additional investments in or financing for the Company and its affiliates;

**WHEREAS,** the Board has reviewed the materials presented by its financial and other advisors, has engaged in numerous and extensive discussions (including, without limitation, with management and professional advisors) regarding the financial condition of the Company and its subsidiaries, including their respective assets, liabilities and liquidity position, strategic alternatives available to maximize value for the Company and its subsidiaries, and the impact of the foregoing on the Company's business and operations;

**WHEREAS,** the Board has formed an Independent Committee (the "***Independent Committee***") comprised of independent managers for the purpose of advising on the strategic alternatives available to the Company; and;

**WHEREAS,** having considered the advice and recommendations of financial and other advisors, and the Independent Committee, the Company and the Board have determined that it is desirable and in the best interests of the Company and its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code (the "***Chapter 11 Cases***").

**NOW, THEREFORE, BE IT RESOLVED,** that the Board has determined, after due consultation with members of the Company's management and the legal and financial advisors of the Company, that it is advisable and in the best interests of the Company and all of its residual claimants, including its creditors and other parties in interest, that the Company shall be, and hereby is, authorized to file, or cause to be filed, a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code to commence the Chapter 11 Case and any other order that may be desirable under applicable law.

**RESOLVED FURTHER**, that each of the Chief Executive Officer, the Chief Legal Officer and Corporate Secretary (each an "***Authorized Officer***") on behalf of the Company be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify a petition under chapter 11 of the Bankruptcy Code (including any and all plans, schedules, statements, motions, lists, applications, pleadings, orders, and other documents) and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***") at such time or in such other jurisdiction as the Authorized Officer executing the petition shall determine.

1

**RESOLVED FURTHER,** that the law firms of Cooley LLP and Potter Anderson & Corroon LLP be, and hereby are, employed as attorneys for the Company under respective general retainers in any such Chapter 11 Case, subject to approval of the Bankruptcy Court.

**RESOLVED FURTHER,** that the firm of Alvarez and Marsal North America, LLC ("***A&M***"), be, and hereby is, employed to provide interim management resources and restructuring advisory services to assist the Company in any such Chapter 11 Case, with Brian Teets to serve as Chief Restructuring Officer, assisted by other A&M professionals at various levels as required, subject to approval of the Bankruptcy Court and A&M's internal approvals.

**RESOLVED FURTHER,** that Epiq Corporate Restructuring, LLC ("***Epiq***") be, and hereby is, employed as claims and noticing agency and administrative agent for the Company under a general retainer in any such Chapter 11 Case, subject to approval of the Bankruptcy Court.

**RESOLVED FURTHER,** that Hilco Merchant Resources, LLC ("***Hilco***") be, and hereby is, employed as liquidation agent for the Company in connection with sales of the Company's inventory, furnishings, fixtures and equipment under an expense advance in any such Chapter 11 Case, subject to approval of the Bankruptcy Court.

**RESOLVED FURTHER,** that Authorized Officers be, and each of them here is, acting singly or together, authorized and directed in the name of and on behalf of the Company to (i) enter into negotiations with any interested parties regarding a purchase of any of the assets of any or all of the Company's or any of the Company's other direct or indirect subsidiaries, excluding the Inventory and FFE Sales which shall be negotiated by Hilco on behalf of the Company, whether pursuant to a plan or otherwise (such sale, an "***Ancillary Sale***" and, together with the Inventory and FFE Sales, the "***Sales***"), (ii) file one or more motions with the Bankruptcy Court seeking approval of the Inventory and FFE Sales and/or bidding or other sale procedures to be used to facilitate any Ancillary Sale, (iii) execute and deliver an agreement providing for any Sale, (iv) enter into such additional agreements, consents, certificates, amendments, and instruments as may be necessary to obtain approval for a Sale, (v) if the Authorized Officers deem it necessary or appropriate, seek approval from the Bankruptcy Court for authority under the Bankruptcy Code and any other relevant or applicable federal, state, local, or non-U.S. law to sell such assets in a Sale, and (vi) organize and manage an Ancillary Sale process for assets other than inventory, furniture, fixtures and equipment, which may take the form of an auction or any other process which may include the identification of a stalking horse bidder, as well as negotiate and entering into an agreement with such stalking horse bidder; provided that the foregoing shall be subject to review and consent by the Board in connection with any Sale or potential Sale for all or a material portion of the assets of the Company.

**RESOLVED FURTHER,** that in connection with the Chapter 11 Case, each Authorized Officer, and such other officers of the Company as the Authorized Officers shall from time to time designate, be, and each hereby is, authorized and empowered on behalf of and in the name of the Company, to cause the Company to take such actions and execute such documents as are necessary to effectuate a Sale or Sales of the assets of the Company, in a manner determined by the Authorized Officer to represent the best interests of the Company and its creditors, provided that any Sale or potential Sale of all or a material portion of the assets of the Company shall be subject to review and consent by the Board.

**RESOLVED FURTHER,** that each Authorized Officer be, and each hereby is, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Company's Chapter 11 Case, with a view to the successful prosecution of such case; provided that the retention of professionals in connection with the Company's Chapter 11 Case that are in addition to Cooley LLP, Potter Anderson & Corroon, LLP, A&M, Hilco, and Epiq shall be subject to review and consent by the Board.

273760655 v6

**RESOLVED FURTHER,** that each Authorized Officer and such other officers of the Company as the Authorized Officers shall designate from time to time, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is, authorized, empowered, and directed, in the name of and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such officer shall be or become necessary, proper, and desirable, to effectuate the successful prosecution of the Company's Chapter 11 Case , with a view to the successful prosecution of such case; provided that each of the foregoing shall be subject to review and consent by the Board with respect to any act or transaction that does not fall within the ordinary course of business of the Company.

**RESOLVED FURTHER,** that each Authorized Officer be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute such consents on behalf of the Company as such Authorized Officer considers necessary, proper or desirable to effectuate these resolutions, such determination to be evidenced by such execution or taking of such action.

**RESOLVED FURTHER,** that each Authorized Officer be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to take such other actions on behalf of the Company as approved and authorized by the Independent Committee to the extent such authorization and approval is within the Independent Committee's power and authority provided to it by the Board.

**RESOLVED FURTHER,** that any and all past actions heretofore taken by any Authorized Officers of the Company in the name of and on behalf of the Company in furtherance of any or all of the proceeding resolutions be, and the same hereby are, ratified, confirmed, approved and adopted as a duly authorized act of the Company in all respects and for all purposes.

**[Signature Page Follows]**

273760655 v6

This Action by Written Consent may be executed and delivered by facsimile signature, PDF or any electronic signature complying with the U.S. federal ESIGN Act of 2000 (e.g., www.docusign.com). This Action by Written Consent shall be filed with the minutes of the proceedings of the Company. The undersigned have executed this Action by Written Consent as of the date set forth above.

**MANAGERS:**

By: _____
    Andrew Vagenas

By: _____
    Glenn Nussdorf

By: _____
    Bradley Tramunti

By: _____
    Yue Bonnet

By: _____
    Karen Davis Nastase

By: _____
    Neal Goldman

4

273760655 v6

This Action by Written Consent may be executed and delivered by facsimile signature, PDF or any electronic signature complying with the U.S. federal ESIGN Act of 2000 (e.g., www.docusign.com). This Action by Written Consent shall be filed with the minutes of the proceedings of the Company. The undersigned have executed this Action by Written Consent as of the date set forth above.

**MANAGERS:**

By:_____
       Andrew Vagenas

By:_____
       *Glenn Nussdorf*
       Glenn Nussdorf

By:_____
       Bradley Tramunti

By:_____
       Yue Bonnet

By:_____
       Karen Davis Nastase

By:_____
       Neal Goldman

4

This Action by Written Consent may be executed and delivered by facsimile signature, PDF or any electronic signature complying with the U.S. federal ESIGN Act of 2000 (e.g., www.docusign.com). This Action by Written Consent shall be filed with the minutes of the proceedings of the Company. The undersigned have executed this Action by Written Consent as of the date set forth above.

**MANAGERS:**

By:_____
       Andrew Vagenas

By:_____
       Glenn Nussdorf

By:_____
       Bradley Tramunti

By:_____
       Yue Bonnet

By:_____
       Karen Davis Nastase

By:_____
       Neal Goldman

4

273760655 v6

This Action by Written Consent may be executed and delivered by facsimile signature, PDF or any electronic signature complying with the U.S. federal ESIGN Act of 2000 (e.g., www.docusign.com). This Action by Written Consent shall be filed with the minutes of the proceedings of the Company. The undersigned have executed this Action by Written Consent as of the date set forth above.

**MANAGERS:**

By:_____
          Andrew Vagenas


By:_____
          Glenn Nussdorf


By:_____
          Bradley Tramunti

By:_____
          Yue Bonnet


By:_____
          Karen Davis Nastase


By:_____
          Neal Goldman

4

This Action by Written Consent may be executed and delivered by facsimile signature, PDF or any electronic signature complying with the U.S. federal ESIGN Act of 2000 (e.g., www.docusign.com). This Action by Written Consent shall be filed with the minutes of the proceedings of the Company. The undersigned have executed this Action by Written Consent as of the date set forth above.

**MANAGERS:**

By:_____
       Andrew Vagenas

By:_____
       Glenn Nussdorf

By:_____
       Bradley Tramunti

By:_____
       Yue Bonnet

By:_____
       Karen Davis Nastase

By:_____
       Neal Goldman

4

This Action by Written Consent may be executed and delivered by facsimile signature, PDF or any electronic signature complying with the U.S. federal ESIGN Act of 2000 (e.g., www.docusign.com). This Action by Written Consent shall be filed with the minutes of the proceedings of the Company. The undersigned have executed this Action by Written Consent as of the date set forth above.

**MANAGERS:**

By:_____
      Andrew Vagenas

By:_____
      Glenn Nussdorf

By:_____
      Bradley Tramunti

By:_____
      Yue Bonnet

By:_____
      Karen Davis Nastase

By:_____
      Neal Goldman

4

273760655 v6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PACKABLE HOLDINGS, LLC F/K/A | ) | Case No. 22-_____ (___) |
| ENTOURAGE COMMERCE, LLC, *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

### LIST OF EQUITY HOLDERS[2]

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following

identifies all holders having a direct ownership intertest in debtor Packable Holdings, LLC:

| Name | Last Known Address | Common | Series A | Series B | Series B-1 |
|---|---|---|---|---|---|
| CARLYLE PARTNERS VII PACER HOLDINGS, L.P. | 1001 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20004 | 0 | 0 | 4,495,070 | 0 |
| QUALITY KING DISTRIBUTORS INC. | 14 E 81ST STREET, NEW YORK, NY 10028 | 2,550,000 | 0 | 0 | 57,509 |
| RB HEALTH (US) LLC | 399 INTERSPACE PARKWAY, PO BOX 225, PARSIPPANY, NJ 07054 | 0 | 1,450,000 | 414,919 | 689,805 |
| 62 CASTLE RIDGE LLC | 62 CASTLE RIDGE ROAD, MANHASSET, NY 11030 | 805,808 | 0 | 0 | 0 |
| MILEND LLC | 25 WILLOW DRIVE, PORT WASHINGTON, NY 11050 | 805,808 | 0 | 0 | 0 |
| P&G 610 LLC | 7 LONGWOOD ROAD, SANDS POINT, NY 11050 | 805,808 | 0 | 0 | 0 |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include:  Packable Holdings, LLC (6932); Greenpharm Ventures LLC (1513); Packable Media, LLC (6006); Pharmapacks, LLC (6676); Packable Ventures, LLC (1172); and Access Brands, LLC (8582).  The location of the Debtors' service address in these chapter 11 cases is 1985 Marcus Ave, Suite 207, Lake Success, NY 11042.

[2]  This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are as of the date of commencement of the chapter 11 cases.

| | | | | |
|---|---|---|---|---|
| PPJDM LLC | 505 GRIST MILL CIRCLE, ROSLYN, NY 11576 | 699,014 | 0 | 0 | 0 |
| JONATHAN WEBB | 19 KETTLEPOND ROAD, JERICHO, NY 11753 | 582,512 | 0 | 0 | 0 |
| SEALED AIR CORPORATION | 2415 CASCADE POINTE BLVD., CHARLOTTE, NC 28208 | 0 | 375,000 | 149,370 | 0 |
| MCKESSON VENTURES LLC | ONE POST STREET, SAN FRANCISCO, CA 94104 | 0 | 500,000 | 0 | 0 |
| THE BRYN MAWR TRUST CO. OF DELAWARE, AS ADMIN TRUSTEE OF THE AJB 2020 GIFT TRUST | 20 MONTCHANIN ROAD, SUITE 100, GREENVILLE, DE 19807 | 413,716 | 0 | 0 | 0 |
| ADAM BERKOWITZ | 311 EVERIT AVENUE, HEWLETT, NY 11557 | 314,424 | 0 | 0 | 0 |
| PPSPV, LLC | C/O GRAUBARD MILLER, 405 LEXINGTON AVENUE, 11TH FLOOR, NEW YORK, NY 10174 | 277,778 | 0 | 0 | 0 |
| TOBIE 2021 FAMILY TRUST | 17315 NORTHWAY CIRCLE, BOCA RATON, FL 33496 | 145,628 | 0 | 0 | 0 |
| EMERSON GROUP | 407 E. LANCASTER WAY, WAYNE, PA 19087 | 0 | 100,000 | 0 | 28,939 |
| GRIBOVO HOLDINGS LLC | 1313 N. MARKET ST, SUITE 5300, WILMINGTON, DE 19801 | 58,445 | 25,000 | 0 | 34,262 |
| ALEX MATSIKAS | 144-36 27TH AVENUE, WHITESTONE, NY 11357 | 109,221 | 0 | 0 | 0 |
| EAST HILL PARTNERS L.P. | 173 BRIDGE PLAZA NORTH, FORT LEE, NJ 07024 | 0 | 0 | 0 | 86,009 |
| JB LLC | 178 BROOKVILLE RD, GLEN HEAD, NY 11545 | 0 | 0 | 0 | 83,859 |
| HARAMBLOS KOSTOPOULOS | 121 WEST NYACK RD, NANUET, NY 10954 | 28,445 | 25,000 | 0 | 7,147 |
| LAWRENCE SAPANSKI | 56 ROSEBROOK ROAD, NEW CAANAN, CT 06840 | 58,445 | 0 | 0 | 0 |
| ANDREW VELIS | 30-94 CRESCENT STREET, APT 4E, ASTORIA, NY 11102 | 50,000 | 0 | 0 | 0 |
| RAMY ABDELHAMID | 44 NORTH MILLPAGE DRIVE, BETHPAGE, NY 11714 | 50,000 | 0 | 0 | 0 |
| MPG GROUP | 4848 EAST CACTUS ROAD #505-209, | 0 | 50,000 | 0 | 0 |

| | | | | |
|---|---|---|---|---|
| | SCOTTSDALE, AZ 85254 | | | | |
| KONSTANTINO THOMOPOULOS | 193-04A 39TH AVENUE, FLUSHING, NY 11358 | 41,372 | 0 | 0 | 0 |
| VASILIKI VAGENAS | 147-34 7TH AVENUE, WHITESTONE, NY 11357 | 41,372 | 0 | 0 | 0 |
| JR LEDERER | 18 BOBWHITE DRIVE, WESTPORT, CT 06880 | 31,879 | 0 | 0 | 0 |
| PATRICK GIBBONS | 200 KENSEY ROAD, PLYMOUTH MEETING, PA 19462 | 31,879 | 0 | 0 | 0 |
| CONSTANTINE HRISIKOS | 6-18 159TH STREET, WHITESTONE, NY 11357 | 31,022 | 0 | 0 | 0 |
| JON MARCUS (NEXT 44 LLC) | 6 PUMPKIN HILL RD., WESTPORT, CT 06880 | 30,000 | 0 | 0 | 0 |
| JEROME PERIBERE (ALEXIS PERIBERE) | 34 RUA DES POIAIS DE SAO BENTO, 1200-349 LISBOA, PORTUGAL | 19,482 | 10,000 | 0 | 0 |
| JEROME PERIBERE (BAPTISTE PERIBERE) | 15 CREIGHTON ROAD, LONDON NW6 6EE, UNITED KINGDOM | 19,482 | 10,000 | 0 | 0 |
| JEROME PERIBERE (ELODIE GOULIN) | 23 RUE GAMBETTA, 92100 BOULOGNE, FRANCE | 19,482 | 10,000 | 0 | 0 |
| TCLU LIMITED | EGYPTIAN HOUSE, 170 PICCADILLY, LONDON W1J 9EJ, | 0 | 0 | 0 | 28,754 |
| AMP INVESTMENTS LLC | 633 ROWLAND ROAD, FAIRFIELD, CT 06824 | 0 | 0 | 0 | 28,747 |
| PETER H. WYMAN | 963 PONUS RIDGE ROAD, NEW CANAAN, CT 06840 | 10,626 | 0 | 0 | 14,477 |
| LUCAS GEORGIADIS | 36 SULLY DRIVE, MANHASSET, NY 11030 | 25,000 | 0 | 0 | 0 |
| STEVE BELTECAS | 160-68 19TH AVENUE, WHITESTONE, NY 11357 | 25,000 | 0 | 0 | 0 |
| CRAIG JACOBS | 51 TARENCE ST., ROCKVILLE CENTRE, NY 11570 | 21,879 | 0 | 0 | 0 |
| THE SEGURITAN FAMILY TRUST, 2009 | 2580 BROADWAY STREET, SAN FRANCISCO, CA 94115 | 21,879 | 0 | 0 | 0 |
| JEROME A PERIBERE 2016 REVOCABLE TRUST | 1378 S. VENETIAN WAY, MIAMI BEACH, FL 33139 | 0 | 0 | 0 | 21,716 |
| ANDREW ZICKLIN (LLC) | 1624 MARKET STREET, SUITE 202, DENVER, CO 80202 | 21,253 | 0 | 0 | 0 |

3

| | | | | |
|---|---|---|---|---|
| JASON TYLER | 720 NEW GALENA RD., CHALFONT, PA 18914 | 21,253 | 0 | 0 | 0 |
| CHRISTINA VAGENAS | 147-34 7TH AVENUE, WHITESTONE, NY 11357 | 20,686 | 0 | 0 | 0 |
| STEVE PERNA | 276 EUSTON ROAD SOUTH, GARDEN CITY, NY 11530 | 20,686 | 0 | 0 | 0 |
| GEORGE VELIS FAMILY | 433 ANDRE AVENUE, NORTHVALE, NJ 07642 | 20,356 | 0 | 0 | 0 |
| GEORGE SKULIKIDIS | 147-15 6TH AVENUE, WHITESTONE, NY 11357 | 20,000 | 0 | 0 | 0 |
| DAVID CHEN | 15 SHERRY HILL LANE, MANHASSET, NY 11030 | 0 | 0 | 0 | 19,918 |
| JOHN GAGLIARDI (OUTDOOR SEMINOLE LLC) | 150 COLUMBUS AVE, #23D, NEW YORK, NY 10023 | 16,598 | 0 | 0 | 0 |
| CHRISTOS LASKARIS & CONSTANTINA KORDAS (JOINT TENANTS WITH RIGHTS OF SURVIVORSHIP) | 14-25 139TH STREET, WHITESTONE, NY 11357 | 16,549 | 0 | 0 | 0 |
| AEGION HOLDING LLC | 30-09 34TH STREET, ASTORIA, NY 11103 | 15,940 | 0 | 0 | 0 |
| OMNIFIVE LLC | 43 SYCAMORE DRIVE, WALDWICK, NJ 07463 | 15,940 | 0 | 0 | 0 |
| GUANG YAN WANG | 17603 DALNY RD, JAMAICA, NY 11432 | 15,313 | 0 | 0 | 0 |
| SAM PATRONE | 30 CREST DR., EAST NORTHPORT, NY 11731 | 15,313 | 0 | 0 | 0 |
| EILIEEN SAVINO | 25-42 160TH STREET, FLUSHING, NY 11358 | 14,047 | 0 | 0 | 0 |
| GINO CASAGRANDE | 252-40 LEEDS ROAD, LITTLE NECK, NY 11362 | 10,626 | 0 | 0 | 0 |
| JARED HERMAN | 19 PEQUOT TRAIL, WESTPORT, CT 06880 | 10,626 | 0 | 0 | 0 |
| KEVIN L. MURPHY | 22 HOWLAND ROAD, EAST ROACKAWAY, NY 11518 | 10,626 | 0 | 0 | 0 |
| KLINE HILL PARTNERS FUND II, LP | 325 GREENWICH AVENUE, GREENWICH, CT 06830 | 10,626 | 0 | 0 | 0 |
| LAUREN SODERQUIST | 435 ANDRE AVE., NORTVALE, NJ 07647 | 10,626 | 0 | 0 | 0 |
| MATTHEW C. MILKOWSKI | 53 WATERMAN AVE, RUMSON, NJ 07760 | 10,626 | 0 | 0 | 0 |
| NAT KLIPPER (ADK SOHO FUND) | C/O ADK CAPITAL LLC, 429 LENOX AVENUE, MIAMI BEACH, FL 33139 | 10,626 | 0 | 0 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| PETROS TSEKOURAS | 76 SHORE ROAD, MANHASSET, NY 11030 | 10,626 | 0 | 0 | 0 |
| PG PROPERTIES OF QUEENS | 30-13 ASTORIA BLVD., ASTORIA, NY 11102 | 10,626 | 0 | 0 | 0 |
| RICHARD LANDERS (THE KASATI COMPANIES) | DBA LANDERS & ASSOCIATES, 10824 WINCHCOMBE DR., DUBLIN, OH 43016 | 10,626 | 0 | 0 | 0 |
| SAHAR ASLAN | 512 W PENN ST, LONG BEACH, NY 11561 | 10,626 | 0 | 0 | 0 |
| NASO PARTNERS LLC | 21 MOHEGAN ROAD, LARCHMONT, NY 10538 | 10,626 | 0 | 0 | 0 |
| MICHAEL PATRONE | 192 SCARLETT DRIVE, COMMACK, NY 11725 | 10,000 | 0 | 0 | 0 |
| MOSES VENTURES LLC | 1 LANTERN HILL ROAD, WESTPORT, CT 06880 | 10,000 | 0 | 0 | 0 |
| PAULINE MATSIKAS | 14-15 BURTON STREET, BEECHHURST, NY 11357 | 10,000 | 0 | 0 | 0 |
| SOULA DOLIOTIS | 144-48 27TH AVENUE, FLUSHING, NY 11354 | 10,000 | 0 | 0 | 0 |
| JEROME PERIBERE (ROMANE PUSTERIE DE CIDRAC) | 10 RUE DU SENTIER, 75002 PARIS,  FRANCE | 0 | 10,000 | 0 | 0 |
| JEROME PERIBERE (THIBAULT PUSTERIE DE CIDRAC) | 72 RUE JEAN JACQUES ROUSSEAU, 75001 PARIS,  FRANCE | 0 | 10,000 | 0 | 0 |
| KAREN DAVIS NASTASE | 3020 LANCASTER SQUARE, ROSWELL, GA 30076 | 0 | 0 | 0 | 8,686 |
| JOE ISAAKIDIS | 134 MILL SPRING ROAD, MANHASSET, NY 11030 | 8,626 | 0 | 0 | 0 |
| JEFFREY (JB) SCHWARTZBERG | 329 EAST SHORE DRIVE, MASSAPEQUA, NY 11758 | 7,657 | 0 | 0 | 0 |
| JOYCE BLANDING | 129 SPRING GARDEN STREET, CRANFORD, NJ 07016 | 7,500 | 0 | 0 | 0 |
| KRISTIN RECCHIUTI | 216 REGENCY DRIVE, NORTH WALES, PA 19454 | 7,306 | 0 | 0 | 0 |
| VCP & PARTNERS | 39 ST JAMES' PLACE, LONDON SWIA INS, UNITED KINGDOM | 0 | 0 | 0 | 7,239 |
| SAWAYA CAPITAL PARTNERS | 888 7TH AVENUE 15TH FLOOR, NEW YORK, NY 10019 | 0 | 0 | 0 | 7,239 |

| | | | | |
|---|---|---|---|---|
| ALAN GERSHENHORN | 13962 TREE LOFT ROAD, ALPHARETTA, GA 30004 | 6,226 | 0 | 0 | 0 |
| JOSH HAMBURG (THERESA HAMBURG) | 801 SIR JAMES BRIDGE WAY, LAS VEGAS, NV 89145 | 2,657 | 0 | 0 | 3,150 |
| MR. & MRS. NICOLAOU | 44 EAST STREET, NEW HYDE PARK, NY 11040 | 5,774 | 0 | 0 | 0 |
| BEATA BAGINSKI | 31 CIRCLE DR., EAST PATCHOQUE, NY 11772 | 5,313 | 0 | 0 | 0 |
| GIANCARLO PINTO | 3406 38TH STREET, NEW YORK, NY 11103 | 5,313 | 0 | 0 | 0 |
| GIRARD BENGALI PC | 333 S. GRAND AVE., SUITE 4040, LOS ANGELES, CA 90071 | 5,313 | 0 | 0 | 0 |
| GOLD DAWN, LLC | 16-21 160 STREET, WHITESTONE, NY 11357 | 5,313 | 0 | 0 | 0 |
| JOHN SULKIDIKIS | 40-15 155TH STREET, FLUSHING, NY 11354 | 5,313 | 0 | 0 | 0 |
| MARK PINNEY | 17 EAST 16TH STREET, #9, NEW YORK, NY 10003 | 5,313 | 0 | 0 | 0 |
| PACIFIC MARCOM | 12200 HERDAL DRIVE, SUITE 10, AUBURN, CA 95603 | 5,313 | 0 | 0 | 0 |
| PAUL KANDEL | 73 INVERNESS RD, SCARSDALE, NY 10583 | 5,313 | 0 | 0 | 0 |
| RICHARD DELUCA | 290 WRIGHT AVE., CARLE PLACE, NY 11514 | 5,313 | 0 | 0 | 0 |
| STREAMTECH ENGINEERING LLC | 2260 BALL DR., ST. LOUIS, MO 63146 | 5,313 | 0 | 0 | 0 |
| US PAYMENT RELIEF LLC | 125 BAYLIS ROAD, MELVILLE, NY 11747 | 5,313 | 0 | 0 | 0 |
| B&J REALTY DEVELOPMENT LLC | 277 WEST NECK ROAD, HUNTINGTON, NY 11743 | 5,000 | 0 | 0 | 0 |
| CHRISTIAN LERCH | 25-35 36TH STREET APT 2F, ASTORIA, NY 11103 | 5,000 | 0 | 0 | 0 |
| ELISABETH LAW | 35-36 10TH STREET, APT 3R, LONG ISLAND CITY, NY 11106 | 5,000 | 0 | 0 | 0 |
| FRANCISCO A. ROSARIO | 515 LIBERTY AVE APT 1, BROOKLYN, NY 11207 | 5,000 | 0 | 0 | 0 |
| GEORGE TSIATIS | 30-76 36TH STREET, APT 2F, ASTORIA, NY 11103 | 5,000 | 0 | 0 | 0 |
| GRACE M. LAW | 40 WASHINGTON AVE, #42, MILLTOWN, NJ 08850 | 5,000 | 0 | 0 | 0 |

| | | | | |
|---|---|---|---|---|
| JAMES PALA | 7 ROSEWOOD COURT, LAKE GROVE, NY 11755 | 5,000 | 0 | 0 | 0 |
| RAGAA NOUH | 529 WEST AVENUE, SEWAREN, NJ 07077 | 5,000 | 0 | 0 | 0 |
| DONALD DARDIA | 3282 CAMBELL AVENUE, BRONX, NY 10465 | 5,000 | 0 | 0 | 0 |
| GEORGE KASSIMIS | 28-14 210TH STREET, BAYSIDE, NY 11360 | 4,137 | 0 | 0 | 0 |
| FRANK MALATESTA | 18-02 CLINTONVILLE ST., WHITESTONE, NY 11357 | 4,137 | 0 | 0 | 0 |
| MIKE PIETRANGELO (THERAPLEX) | 6410 POPLAR AVE, SUITE 710, MEMPHIS, TN 38119 | 4,000 | 0 | 0 | 0 |
| RICHARD BINDLER | 429 DUNDEE ROAD, GLENCOE, IL 60022 | 3,800 | 0 | 0 | 0 |
| LOWELL RADER | PO BOX 174, STOCKTON, NJ 08559-0174 | 3,500 | 0 | 0 | 0 |
| SANTO CAROLLO (OL PRODUCTS) | 3874 TAMPA ROAD, OLDSMAR, FL 34677 | 3,200 | 0 | 0 | 0 |
| CHRIS SEMETIS | 3553 BUNKER AVENUE, WANTAGH, NY 11793 | 3,000 | 0 | 0 | 0 |
| RAJIV CHANDRA | 7 GREENLINK WALK, RICHMOND, SURREY, UNITED KINGDOM | 0 | 0 | 0 | 2,888 |
| ROB DE GROOT | JAN VAN GOYENKADE 9B, 1075HP AMSTERDAM, NETHERLANDS | 0 | 0 | 0 | 2,888 |
| ANTHONY JENKINSON | SUN COURT, 22 ELMFIELD PARKS, NEW CASTLE UPON TYNE NE3 4UX, UNITED KINGDOM | 0 | 0 | 0 | 2,887 |
| ANGELO RUFINO | 760 WEST END AVE, APT 9AB, NEW YORK, NY 10025 | 0 | 0 | 0 | 2,865 |
| ANGELA GUARINO | 27 NORTH DRIVE, WHITESTONE, NY 11357 | 2,657 | 0 | 0 | 0 |
| CHRIS MALONE | 1277 OXFORD RD., BRIDGEWATER, NJ 08807 | 2,657 | 0 | 0 | 0 |
| ED LOSCALZO (KINRAY) | 659 DIANNE STREET, SEAFORD, NY 11783 | 2,657 | 0 | 0 | 0 |
| GEORGE GOUSIAS | 4320 VAN CORTLANDT PIKE, APT 2D, BRONX, NY 10470 | 2,657 | 0 | 0 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| GEORGIA VAZOURAS | 100 VILLAGE SQUARE, APT 326, GLEN COVE, NY 11542 | 2,657 | 0 | 0 | 0 |
| GINA MIRANDA | 30 WAYNE COURT, NORTHPORT, NY 11768 | 2,657 | 0 | 0 | 0 |
| GREGORY MILLER | 11 WEST POINT DRIVE, EAST NORTHPORT, NY 11731 | 2,657 | 0 | 0 | 0 |
| JAMES MASTRONARDI SR. | 18 CENTER DRIVE, WHITESTONE, NY 11357 | 2,657 | 0 | 0 | 0 |
| JASON MILLER | 500 N. BROADWAY, SUITE 105, JERICHO, NY 11753 | 2,657 | 0 | 0 | 0 |
| JEFFREY H. BROWN | 4 WINCOTT DRIVE, MELVILLE, NY 11747 | 2,657 | 0 | 0 | 0 |
| JUSTIN BLANDING | 4567 DOGWOOD DRIVE, ALLISON PARK, PA 15101 | 2,657 | 0 | 0 | 0 |
| MERRI GHAZARYAN | 439 FOCH BLVD, MINEOLA, NY 11501 | 2,657 | 0 | 0 | 0 |
| NATHAN MOUSSELLI | 99 BLAIR ALLEY SW #W762, WASHINGTON, DC 20024 | 2,657 | 0 | 0 | 0 |
| PETER SEMETIS | 516 BENITO STREET, EAST MEADOW, NY 11554 | 2,657 | 0 | 0 | 0 |
| PHILIP KASSEBAUM | 42 WEST DRIVE, NORTH MASSAPEQUA, NY 11798 | 2,657 | 0 | 0 | 0 |
| ROCCO GUARINO | 97-41 100TH STREET, OZONE PARK, NY 11416 | 2,657 | 0 | 0 | 0 |
| SARAH RESNICK | 235 WEST PARK AVENUE, LONG BEACH, NY 11561 | 2,657 | 0 | 0 | 0 |
| JOSEPH DERUVO | 81 S. WINDHORST AVENUE, BETHPAGE, NY 11714 | 2,500 | 0 | 0 | 0 |
| JOSEPH PATRONE | 30 CREST DR., EAST NORTHPORT, NY 11731 | 2,500 | 0 | 0 | 0 |
| PENSCO TRUST COMPANY LLC CUSTODIAN FBO IAN COHEN IRA | 5 SLEEPY HOLLOW LANE, DIX HILLS, NY 11746 | 2,500 | 0 | 0 | 0 |
| RAYMONDS CAPITAL LLC | 4 MASON HILL ROAD, WARREN, NJ 07059 | 2,500 | 0 | 0 | 0 |
| ALEXANDER MITZMAN 2015 GRAT REMAINDER TRUST | 2234 N. FEDERAL HWY, PMB #536, BOCA RATON, FL 33431 | 1,907 | 0 | 0 | 0 |

8

| | | | | | |
|---|---|---|---|---|---|
| JAYDE MITZMAN 2015 GRAT REMAINDER TRUST | 2234 N. FEDERAL HWY, PMB #536, BOCA RATON, FL 33431 | 1,907 | 0 | 0 | 0 |
| JONATHAN MITZMAN 2015 GRAT REMAINDER TRUST | 2234 N. FEDERAL HWY, PMB #536, BOCA RATON, FL 33431 | 1,907 | 0 | 0 | 0 |
| JORDYN MITZMAN 2015 GRAT REMAINDER TRUST | 2234 N. FEDERAL HWY, PMB #536, BOCA RATON, FL 33431 | 1,907 | 0 | 0 | 0 |
| NATCOR, LLC | 7730 WEST SAHARA AVE SUITE 103, LAS VEGAS, NV 89117 | 0 | 0 | 0 | 1,147 |
| JOHN BAEYENS | 71 UNION PLACE, LYNBROOK, NY 11563 | 781 | 0 | 0 | 0 |
| REVOCABLE TRUST AGREEMENT OF STACY KAUFMAN, DATED JUNE 7, 2018 | 13913 S. CYPRESS COVE CIRCLE, DAVIE, FL 33325 | 500 | 0 | 0 | 0 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| PACKABLE HOLDINGS, LLC F/K/A | ) | Case No. 22-_____ (___) |
| ENTOURAGE COMMERCE, LLC, *et al.*,[1] | ) |  |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) |  |

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following corporate entity directly owns 10% or more of debtor Packable Holdings, LLC's member interests.

| Equity Holder | Percentage of Total Equity |
|---|---|
| Carlyle Partners VII Pacer Holdings, L.P. | 25.6% |
| Quality King Distributors, Inc. | 14.9% |
| RB Health (US) LLC | 14.6% |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include:  Packable Holdings, LLC (6932); Greenpharm Ventures LLC (1513); Packable Media, LLC (6006); Pharmapacks, LLC (6676); Packable Ventures, LLC (1172); and Access Brands, LLC (8582).  The location of the Debtors' service address in these chapter 11 cases is 1985 Marcus Ave, Suite 207, Lake Success, NY 11042.

| Fill in this information to identify the case: | |
|---|---|
| Debtor Name:   Packable Holdings, LLC | |
| United States Bankruptcy Court for the:    District of Delaware | |
| Case Number (If known): | |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A consolidated list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | MTVL, LLC C/O 22ND FLOOR, HANG LUNG CENTRE 2-20 PATERSON STREET CAUSEWAY BAY HONG KONG | CONTACT: CHENG YEE WING BETTY/WONG SEE WAI BETTYCHENG@SPRINGFLD.COM | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $30,000,036.00 |
| 2 | LUXOR CAPITAL GROUP LP ATTN: LEGAL DEPARTMENT 1114 AVENUE OF THE AMERICAS, 28TH FL NEW YORK, NY  10036 | CONTACT: VIRGIL ALAGON, CFO PHONE: (212) 763-8000 FAX: (212) 763-8001 | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $17,983,850.00 |
| 3 | HEIGHTS CAPITAL MANAGEMENT 101 CALIFORNIA STREET, SUITE 3250 SAN FRANCISCO, CA  94111 | CONTACT: BRAD ALLES/SARAH TRAVIS BRAD.ALLES@SIG.COM; SARAH.TRAVIS@SIG.COM; HEIGHTSNOTICE@SIG.COM | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $14,999,992.50 |
| 4 | MGG INVESTMENT GROUP LP ONE PENN PLAZA, 53RD FLOOR NEW YORK, NY  10119 | CONTACT: KEVIN GRIFFIN, CEO PHONE: (212) 356-6101 FAX: (646) 669-7198 | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $14,999,992.50 |
| 5 | THE POSES FAMILY FOUNDATION 777 ARTHUR GODFREY ROAD SUITE 202 MIAMI BEACH, FL  33140 | CONTACT: FREDERIC M. POSES, TRUSTEE FRED@THEPOSES.COM | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $7,499,992.00 |
| 6 | LO GLOBAL PRIVATE ASSETS FUND STREET 291, ROUTE DARLON GRAND DUCHY OF LUXEMBOURG  L-1150 LUXEMBOURG | CONTACT: MARK EDMONDS/CHRISTOPHER TRITTEN, MANAGER/MANAGER PHONE: +352 2778-1005 FAX: +352 2778-1001 | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $4,999,997.50 |

**Debtor:** Packable Holdings, LLC                    Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7   GLENN M AND MARY JANE CREAMER GLENN M. CREAMER ASSOCIATES II LP 107 NAYATT RD BARRINGTON, RI 02806 | CONTACT: GLENN M AND MARY JANE CREAMER PHONE: (781) 274-9300 | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $2,999,998.50 |
| 8   AJZ WINDMILL LLC 59 CARISBROOKE RD WELLESLEY, MA 02481 | CONTACT: JOHN E. FOLEY, MANAGER PHONE: (617) 366-6404 | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $2,899,996.00 |
| 9   CFGI HOLDINGS, LLC 1 LINCOLN STREET, SUITE 1301 BOSTON, MA 02111 | CONTACT: NICK NARDONE PHONE: (617) 901-9865 NNARDONE@CFGI.COM; RKEEP@CFGI.COM | TRADE PAYABLE | | | | $2,722,937.55 |
| 10  UNITED PARCEL SERVICE 55 GLENLAKE PKWY ATLANTA, GA 3028-3498 | CONTACT: NORMAN BROTHERS JR, EVP & CLCO PHONE: (404) 828-6000 NBROTHERS@UPS.COM | TRADE PAYABLE | | | | $2,649,944.38 |
| 11  GRIBOVO HOLDINGS LLC 1313 N. MARKET STREET SUITE 5300 WILMINGTON, DE 19801 | CONTACT: DAVID HENNIGER PAUL@ANTHOSPROPERTIES.COM | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $2,095,000.00 |
| 12  ALTAHEIDE LLC 16 FAYERWEATHER STREET CAMBRIDGE, MA 02138 | CONTACT: MURRAY DANFORTH, MANAGING MEMBER PHONE: (401) 601-7258 | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $1,999,999.00 |
| 13  RICHARD KING MELLON FOUNDATION P.O. BOX RKM LIGONIER, PA 15658 | CONTACT: DOUGLAS L. SISSON, VP AND TREASURER PHONE: (724) 238-8466 | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $1,999,999.00 |
| 14  ETHIQUE LIMITED 15/3 STARK DRIVE WIGRAM CHRISTCHURCH 8042 NEW ZEALAND | CONTACT: BRIANNE WEST PHONE: 64 (3) 379-4073 FAX: 64 (3) 929-0357 HELLO@ETHIQUE.COM | TRADE PAYABLE | | | | $1,745,491.84 |
| 15  TRADESWELL INC. 3600 ODONNELL ST, STE 400 BALTIMORE, MD 21224 | CONTACT: DAVID POLLET, CEO PHONE: (410) 230-7059 HELLO@TRADESWELL.COM | TRADE PAYABLE | | | | $1,422,268.90 |
| 16  JEROME PERIBERE 1378 S. VENETIAN WAY MIAMI BEACH, FL 33139 | JEROMEPERIBERE@GMAIL.COM | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $1,200,000.00 |
| 17  RANDSTAD US, LLC ONE OVERTON PARK 3625 CUMBERLAND BLVD SE ATLANTA, GA 30339 | CONTACT: TRACI LTTE, CEO PHONE: (770) 937-7000 TRACI.LTTE@RANDSTAD.COM | TRADE PAYABLE | | | | $1,079,805.47 |
| 18  MCKESSON MEDICAL 6555 STATE HWY 161 IRVING, TX 75039 | CONTACT: BRIAN S. TYLER, CEO PHONE: (972) 446-4800 | TRADE PAYABLE | | | | $1,079,150.94 |

**Debtor:** Packable Holdings, LLC                    Case Number (if known):

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | BAYER HEALTHCARE LLC 100 BAYER BLVD WHIPPANY, NJ 07981 | CONTACT: IWER BAECKER, MANAGING DIRECTOR PHONE: (862) 404-3000 IWER.BAECKER@BAYER.COM | TRADE PAYABLE | | | | $1,054,651.16 |
| 20 | DAVID WOLKOFF 1 EXECUTIVE DRIVE EDGEWOOD, NY 11717 | PHONE: (631) 242-6300 FAX: (631) 242-2820 | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $1,000,000.00 |
| 21 | SCRUB DADDY INC. 1700 SUCKLE HIGHWAY PENNSAUKEN, NJ 08110 | CONTACT: AARON KRAUSE, CEO PHONE: (844) 357-2782 AARON@SCRUBDADDY.COM | TRADE PAYABLE | | | | $972,929.36 |
| 22 | KORBER SUPPLY CHAIN US, INC. F/K/A HIGHJUMP 5600 W 83RD ST, SUITE 600 MINNEAPOLIS, MN 55437 | CONTACT: MICHAEL CORNELL. CEO PHONE: (952) 947-4088 INFO@KOERBER-SUPPLYCHAIN.COM | TRADE PAYABLE | | | | $968,436.92 |
| 23 | KINRAY INC. 152-35 10TH AVE WHITESTONE, NY 11357-1233 | CONTACT: MICHAEL C. KAUFMANN, CEO PHONE: (718) 767-1234 | TRADE PAYABLE | | | | $936,440.47 |
| 24 | MEDTECH PRODUCTS, INC. 660 WHITE PLAINS RD, SUITE 250 TARRYTOWN, NY 10591 | CONTACT: LUCIANA COUNTINHOCRANE, DIRECTOR PHONE: (914) 524-6810 LCOUTINHOCRANE@PRESTIG EBRANDS.COM | TRADE PAYABLE | | | | $781,749.00 |
| 25 | JOHNSON & JOHNSON CONSUMER INC 199 GRANDVIEW ROAD SKILLMAN, NJ 08558 | CONTACT: KELLY EGAN, OWNER PHONE: (908) 874-1000 FAX: (908) 874-1506 KEGAN@ITS.JNJ.COM | TRADE PAYABLE | | | | $669,880.74 |
| 26 | JPMORGAN CHASE BANK, N.A. 383 MADISON AVENUE, FLOOR 22 NEW YORK, NY 10017 | CONTACT: STEPHEN MARRA STEPHEN.J.MARRA@CHASE.C OM | PPP LOAN | | | | $619,055.52 |
| 27 | RB HEALTH(US) LLC C/O RECKITT BENCKISER LLC 399 INTERPACE PKWY PO BOX 225 PARSIPPANY, NJ 07054-0225 | CONTACT: LAXMAN NARASIMHAM PHONE: (973) 404-2600 | TRADE PAYABLE | | | | $618,691.72 |
| 28 | MAESA HOLDINGS INC. 225 LIBERTY STREET SUITE 2301 NEW YORK, NY 10281 | CONTACT: JULIEN SAADA, CEO PHONE: (212) 674-5555 | TRADE PAYABLE | | | | $573,049.23 |
| 29 | 4X COMMERCE LLC 5645 CORAL RIDGE DR #117 CORAL SPRINGS, FL 33076-3124 | CONTACT: STEPHEN B BOUGHTON | TRADE PAYABLE | | | | $563,797.84 |

Debtor: Packable Holdings, LLC

Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30    ALTER DOMUS (US) LLC AS ADMINISTRATIVE AGENT 225 W. WASHINGTON ST, 9TH FLOOR CHICAGO, IL  60606 | CONTACT: LEGAL DEPARTMENT - AGENCY, EMILY ERGANG PAPPAS AND DANICA COHEN LEGAL_AGENCY@ALTERDOM US.COM; EMILY.ERGANGPAPPAS@ALT ERDOMUS.COM; DANICACOHEN@ALTERDOM US.COM | 2022 TERM LOAN, TRANCHE A - DEFICIENCY CLAIM | U | Undetermined | Undetermined | Undetermined |

**Fill in this information to identify the case:**

Debtor name    **Packable Holdings, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■   Other document that requires a declaration   **Corporate Ownership Statement and List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8/28/2022

x   *Maria Harris*
    DocuSigned by:
    D7C1773F44724A0...
Signature of individual signing on behalf of debtor

Maria Harris
Printed name

Chief Legal Officer
Position or relationship to debtor