## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PACKABLE HOLDINGS, LLC F/K/A | ) | Case No. 22- 10797 (JTD) |
| ENTOURAGE COMMERCE, LLC, *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF FILING OF REVISED LIST OF CREDITORS WHO HAVE
## THE 30 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS

PLEASE TAKE NOTICE that, the above-captioned debtors and debtors in possession have

today filed the attached **Revised List of Creditors Who Have the 30 Largest Unsecured Claims**

**and Are Not Insiders** with the United States Bankruptcy Court for the District of Delaware, 824

North Market Street, Wilmington, Delaware 19801.

(*Remainder of page intentionally left blank*)

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include:  Packable Holdings, LLC (6932); Greenpharm Ventures LLC (1513); Packable Media, LLC (6006); Pharmapacks, LLC (6676); Packable Ventures, LLC (1172); and Access Brands, LLC (8582).  The location of the Debtors' service address in these chapter 11 cases is 1985 Marcus Avenue, Suite 207, Lake Success, NY 11042.

Dated: August 31, 2022
Wilmington, Delaware

Respectfully submitted,

*/s/ Aaron H. Stulman*

Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Aaron H. Stulman (No. 5807)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: csamis@potteranderson.com
        kgood@potteranderson.com
        astulman@potteranderson.com

- and -

Michael Klein, Esq.
Erica Richards, Esq.
Summer M. McKee, Esq.
Paul Springer, Esq.
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: mklein@cooley.com
        erichards@cooley.com
        smckee@cooley.com
        pspringer@cooley.com

- and -

Cullen Drescher Speckhart, Esq.
**COOLEY LLP**
1299 Pennsylvania Avenue, NW Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
Email: cspeckhart@cooley.com

*Proposed Counsel for Debtors and Debtors in Possession*

IMPAC 10320119v.1

Debtor Name:    Packable Holdings, LLC

United States Bankruptcy Court for the:    District of Delaware

Case Number (If known):    22-10797

☑ Check if this is an
amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders    12/15

A consolidated list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1    MTVL, LLC C/O 22ND FLOOR, HANG LUNG CENTRE 2-20 PATERSON STREET CAUSEWAY BAY HONG KONG | CONTACT: CHENG YEE WING BETTY/WONG SEE WAI BETTYCHENG@SPRINGFLD.COM | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $30,000,036.00 |
| 2    LUXOR CAPITAL GROUP LP ATTN: LEGAL DEPARTMENT 1114 AVENUE OF THE AMERICAS, 28TH FL NEW YORK, NY  10036 | CONTACT: VIRGIL ALAGON, CFO PHONE: (212) 763-8000 FAX: (212) 763-8001 | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $17,983,850.00 |
| 3    HEIGHTS CAPITAL MANAGEMENT 101 CALIFORNIA STREET, SUITE 3250 SAN FRANCISCO, CA  94111 | CONTACT: BRAD ALLES/SARAH TRAVIS BRAD.ALLES@SIG.COM; SARAH.TRAVIS@SIG.COM; HEIGHTSNOTICE@SIG.COM | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $14,999,992.50 |
| 4    MGG INVESTMENT GROUP LP ONE PENN PLAZA, 53RD FLOOR NEW YORK, NY  10119 | CONTACT: KEVIN GRIFFIN, CEO PHONE: (212) 356-6101 FAX: (646) 669-7198 | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $14,999,992.50 |
| 5    HIGHLAND TRANSCEND PARTNERS I CORP. 16 FAYERWEATHER STREET CAMBRIDGE, MA  02138 | CONTACT: BOB DAVIS BDAVIS@HCP.COM | CONVERTIBLE NOTES AND OTHER AMOUNTS DUE | U | | | $10,000,000.00 |
| 6    THE POSES FAMILY FOUNDATION 777 ARTHUR GODFREY ROAD SUITE 202 MIAMI BEACH, FL  33140 | CONTACT: FREDERIC M. POSES, TRUSTEE FRED@THEPOSES.COM | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $7,499,992.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7  LO GLOBAL PRIVATE ASSETS FUND STREET 291, ROUTE DARLON GRAND DUCHY OF LUXEMBOURG L-1150 LUXEMBOURG | CONTACT: MARK EDMONDS/CHRISTOPHER TRITTEN, MANAGER/MANAGER PHONE: +352 2778-1005 FAX: +352 2778-1001 | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $4,999,997.50 |
| 8  GLENN M AND MARY JANE CREAMER GLENN M. CREAMER ASSOCIATES II LP 107 NAYATT RD BARRINGTON, RI  02806 | CONTACT: GLENN M AND MARY JANE CREAMER PHONE: (781) 274-9300 | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $2,999,998.50 |
| 9  AJZ WINDMILL LLC 59 CARISBROOKE RD WELLESLEY, MA  02481 | CONTACT: JOHN E. FOLEY, MANAGER PHONE: (617) 366-6404 | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $2,899,996.00 |
| 10  CFGI HOLDINGS, LLC 1 LINCOLN STREET, SUITE 1301 BOSTON, MA  02111 | CONTACT: NICK NARDONE PHONE: (617) 901-9865 NNARDONE@CFGI.COM; RKEEP@CFGI.COM | TRADE PAYABLE | | | | $2,722,937.55 |
| 11  UNITED PARCEL SERVICE 55 GLENLAKE PKWY ATLANTA, GA  3028-3498 | CONTACT: NORMAN BROTHERS JR, EVP & CLCO PHONE: (404) 828-6000 NBROTHERS@UPS.COM | TRADE PAYABLE | | | | $2,649,944.38 |
| 12  GRIBOVO HOLDINGS LLC 1313 N. MARKET STREET SUITE 5300 WILMINGTON, DE  19801 | CONTACT: DAVID HENNIGER PAUL@ANTHOSPROPERTIES.COM | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $2,095,000.00 |
| 13  ALTAHEIDE LLC 16 FAYERWEATHER STREET CAMBRIDGE, MA  02138 | CONTACT: MURRAY DANFORTH, MANAGING MEMBER PHONE: (401) 601-7258 | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $1,999,999.00 |
| 14  RICHARD KING MELLON FOUNDATION P.O. BOX RKM LIGONIER, PA  15658 | CONTACT: DOUGLAS L. SISSON, VP AND TREASURER PHONE: (724) 238-8466 | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $1,999,999.00 |
| 15  ETHIQUE LIMITED 15/3 STARK DRIVE WIGRAM CHRISTCHURCH  8042 NEW ZEALAND | CONTACT: BRIANNE WEST PHONE: 64 (3) 379-4073 FAX: 64 (3) 929-0357 HELLO@ETHIQUE.COM | TRADE PAYABLE | | | | $1,745,491.84 |
| 16  TRADESWELL INC. 3600 ODONNELL ST, STE 400 BALTIMORE, MD  21224 | CONTACT: DAVID POLLET, CEO PHONE: (410) 230-7059 HELLO@TRADESWELL.COM | TRADE PAYABLE | | | | $1,422,268.90 |
| 17  JEROME PERIBERE 1378 S. VENETIAN WAY MIAMI BEACH, FL  33139 | JEROMEPERIBERE@GMAIL.COM | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $1,200,000.00 |
| 18  RANDSTAD US, LLC ONE OVERTON PARK 3625 CUMBERLAND BLVD SE ATLANTA, GA  30339 | CONTACT: TRACI LTTE, CEO PHONE: (770) 937-7000 TRACI.LTTE@RANDSTAD.COM | TRADE PAYABLE | | | | $1,079,805.47 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If the claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 MCKESSON MEDICAL 6555 STATE HWY 161 IRVING, TX 75039 | CONTACT: BRIAN S. TYLER, CEO PHONE: (972) 446-4800 | TRADE PAYABLE | | | | $1,079,150.94 |
| 20 BAYER HEALTHCARE LLC 100 BAYER BLVD WHIPPANY, NJ 07981 | CONTACT: IWER BAECKER, MANAGING DIRECTOR PHONE: (862) 404-3000 IWER.BAECKER@BAYER.COM | TRADE PAYABLE | | | | $1,054,651.16 |
| 21 DAVID WOLKOFF 1 EXECUTIVE DRIVE EDGEWOOD, NY 11717 | PHONE: (631) 242-6300 FAX: (631) 242-2820 | CONVERTIBLE NOTES DUE SEPTEMBER 9, 2026 | U | | | $1,000,000.00 |
| 22 SCRUB DADDY INC. 1700 SUCKLE HIGHWAY PENNSAUKEN, NJ 08110 | CONTACT: AARON KRAUSE, CEO PHONE: (844) 357-2782 AARON@SCRUBDADDY.COM | TRADE PAYABLE | | | | $972,929.36 |
| 23 KORBER SUPPLY CHAIN US, INC. F/K/A HIGHJUMP 5600 W 83RD ST, SUITE 600 MINNEAPOLIS, MN 55437 | CONTACT: MICHAEL CORNELL. CEO PHONE: (952) 947-4088 INFO@KOERBER-SUPPLYCHAIN.COM | TRADE PAYABLE | | | | $968,436.92 |
| 24 KINRAY INC. 152-35 10TH AVE WHITESTONE, NY 11357-1233 | CONTACT: MICHAEL C. KAUFMANN, CEO PHONE: (718) 767-1234 | TRADE PAYABLE | | | | $936,440.47 |
| 25 MEDTECH PRODUCTS, INC. 660 WHITE PLAINS RD, SUITE 250 TARRYTOWN, NY 10591 | CONTACT: LUCIANA COUNTINHOCRANE, DIRECTOR PHONE: (914) 524-6810 LCOUTINHOCRANE@PRESTIGEBRANDS.COM | TRADE PAYABLE | | | | $781,749.00 |
| 26 JOHNSON & JOHNSON CONSUMER INC 199 GRANDVIEW ROAD SKILLMAN, NJ 08558 | CONTACT: KELLY EGAN, OWNER PHONE: (908) 874-1000 FAX: (908) 874-1506 KEGAN@ITS.JNJ.COM | TRADE PAYABLE | | | | $669,880.74 |
| 27 JPMORGAN CHASE BANK, N.A. 383 MADISON AVENUE, FLOOR 22 NEW YORK, NY 10017 | CONTACT: STEPHEN MARRA STEPHEN.J.MARRA@CHASE.COM | PPP LOAN | | | | $619,055.52 |
| 28 RB HEALTH(US) LLC C/O RECKITT BENCKISER LLC 399 INTERPACE PKWAY PO BOX 225 PARSIPPANY, NJ 07054-0225 | CONTACT: LAXMAN NARASIMHAM PHONE: (973) 404-2600 | TRADE PAYABLE | | | | $618,691.72 |
| 29 MAESA HOLDINGS INC. 225 LIBERTY STREET SUITE 2301 NEW YORK, NY 10281 | CONTACT: JULIEN SAADA, CEO PHONE: (212) 674-5555 | TRADE PAYABLE | | | | $573,049.23 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30    ALTER DOMUS (US) LLC AS ADMINISTRATIVE AGENT 225 W. WASHINGTON ST, 9TH FLOOR CHICAGO, IL 60606 | CONTACT: LEGAL DEPARTMENT - AGENCY, EMILY ERGANG PAPPAS AND DANICA COHEN LEGAL_AGENCY@ALTERDOM US.COM; EMILY.ERGANGPAPPAS@ALT ERDOMUS.COM; DANICACOHEN@ALTERDOM US.COM | 2022 TERM LOAN, TRANCHE A - DEFICIENCY CLAIM | U | Undetermined | Undetermined | Undetermined |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   ___08/31/2022___      ✘ ___*/s/ Maria Harris*_____
            MM / DD / YYYY                          Signature of individual signing on behalf of debtor

                                           ___Maria Harris_____
                                           Printed name

                                           ___Chief Legal Officer_____
                                           Position or relationship to debtor