# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PACKABLE HOLDINGS, LLC F/K/A ENTOURAGE COMMERCE, LLC, *et al.*,[1] | ) ) ) | Case No. 22-10797 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
| | ) | **Re: Docket No. 264** |

## NOTICE OF FILING OF SUCCESSFUL BIDDERS AND AUCTION TRANSCRIPT

**PLEASE TAKE NOTICE** that, on October 25, 2022, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I)(A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Remaining Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contracts; and (II) Granting Related Relief* [Docket No. 264] (the "Bidding Procedures Order"),[2] which approved, among other things, certain bidding procedures (the "Bidding Procedures") in connection with the sale of the Debtors' intellectual property and related assets (the "Sale").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Packable Holdings, LLC (6932); Greenpharm Ventures LLC (1513); Packable Media, LLC (6006); Pharmapacks, LLC (6676); Packable Ventures, LLC (1172); and Access Brands, LLC (8582). The location of the Debtors' service address in these chapter 11 cases is 80 Wilshire Blvd., Brentwood, NY 11717.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, on November 13, 2022, the Debtors filed the *Notice of Adjournment of Certain Sale Deadlines Regarding the Sale of the Debtors' IP and Related Assets* [Docket No. 345] (the "Adjournment Notice") which established December 1, 2022 at 10:00 a.m. (ET) as the date for the Auction.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order and the Adjournment Notice, on December 1, 2022, the Debtors conducted the Auction for the Sale. For the convenience of the Court and all parties-in-interest, the transcript of the Auction is attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that, upon the conclusion of the Auction, the Debtors identified, in the exercise of their business judgment and in consultation with the Consultation Parties, Webb Enterprises LLC as the Successful Bidder for the following assets: (a) trademarks, domain names, and marketplace seller accounts (the "IP Assets"); (b) marketplace inventory (the "Acquired Inventory"); and (c) certain furniture, fixtures, and equipment (the "Webb FF&E").

**PLEASE TAKE FURTHER NOTICE** that, upon the conclusion of the Auction, the Debtors identified, in the exercise of their business judgment and in consultation with the Consultation Parties, Universal Traders LLC as the Next-Highest Bidder for the IP Assets and the Acquired Inventory.

**PLEASE TAKE FURTHER NOTICE** that, upon the conclusion of the Auction, the Debtors identified, in the exercise of their business judgment and in consultation with the Consultation Parties, Ford Medical LLC as the Successful Bidder for certain furniture, fixtures, and equipment excluding the Webb FF&E.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") to consider approval of the results of the Sale and Auction is scheduled on **December 5, 2022, at 2:00 p.m. (prevailing Eastern Time)** before the Honorable Craig T. Goldblatt. The Hearing may be adjourned from time to time without further notice to creditors or parties-in-interest other than by announcement of the adjournment in open court on the date scheduled for the Hearing or on the Court's docket.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 2, 2022  Respectfully submitted,
Wilmington, Delaware

*/s/ Andrew L. Brown*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Aaron H. Stulman (No. 5807)
Andrew L. Brown (No. 6766)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: csamis@potteranderson.com
  kgood@potteranderson.com
  astulman@potteranderson.com
  abrown@potteranderson.com

- and -

Michael Klein, Esq.
Erica Richards, Esq.
Paul Springer, Esq.
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: mklein@cooley.com
  erichards@cooley.com
  pspringer@cooley.com

- and -

Cullen Drescher Speckhart, Esq.
**COOLEY LLP**
1299 Pennsylvania Avenue, NW Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
Email: cspeckhart@cooley.com

*Counsel for Debtors and Debtors in Possession*