# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | )  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PACKABLE HOLDINGS, LLC F/K/A | ) | Case No. 22-10797 (CTG) |
| ENTOURAGE COMMERCE, LLC, *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON <u>DECEMBER 5, 2022 AT 3:00 P.M. (ET)</u>

**PLEASE NOTE THAT THE HEARING TIME HAS BEEN CHANGED TO 3:00 P.M. (ET) AND DOES NOT REQUIRE PARTICIPANTS TO RE-REGISTER VIA ZOOM.**

**THE HEARING WILL BE CONDUCTED IN-PERSON AND BY ZOOM FOR PARTICIPANTS MEETING THE BELOW CRITERIA:**

- Counsel for a party or a pro se litigant who files a responsive pleading and intends to make only a limited argument;

- A party or a representative of a party is interested in observing the hearing;

- A party is proceeding in a claims allowance dispute on a pro se basis;

- An individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or

- Other extenuating circumstances that warrant remote participation as may be determined by the Court.

**PARTICIPANTS APPEARING BY ZOOM ARE REQUIRED TO REGISTER BY 4:00 P.M. (ET) THE DAY PRIOR TO THE HEARING. PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItf-6qrTgiE1pypQLZuvcvm-XPXx38sNY

**<u>ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.</u>**

## I. <u>RESOLVED MATTERS</u>:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Packable Holdings, LLC (6932); Greenpharm Ventures LLC (1513); Packable Media, LLC (6006); Pharmapacks, LLC (6676); Packable Ventures, LLC (1172); and Access Brands, LLC (8582). The location of the Debtors' service address in these chapter 11 cases is 80 Wilshire Blvd., Brentwood, NY 11717.

[2] **Amended items appear in bold.**

1. Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Baker Tilly US, LLP as Accounting Services Provider for the Debtors Effective as of the Petition Date [Docket No. 321 - filed November 8, 2022]

    Response/Objection Deadline: November 22, 2022 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A. Informal response from the Officer of the United States Trustee for the District of Delaware (the "U.S. Trustee").

    Related Documents:

    i. Supplemental Declaration of Jere G. Shawver in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Baker Tilly US, LLP as Accounting Services Provider for the Debtors Nunc Pro Tunc to the Petition Date [Docket No. 386 – filed November 28, 2022]

    ii. Certification of Counsel Regarding Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Baker Tilly US, LLP as Accounting Services Provider for the Debtors Effective as of the Petition Date [Docket No. 387 – filed November 28, 2022]

    iii. Order Authorizing the Retention and Employment of Baker Tilly US, LLP as Accounting Services Provider for the Debtors Effective as of the Petition Date [Docket No. 391 – entered November 29, 2022]

    Status: On November 29, 2022, the Court entered an order regarding this matter. Accordingly, a hearing is no longer necessary.

2. First Motion of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Enlarging the Time to File Notices of Removal of Related Proceedings [Docket No. 372 – filed November 21, 2022]

    Response/Objection Deadline: November 28, 2022 at 4:00 p.m. (ET)

    Responses/Objections Received: None.

    Related Documents:

    i. Certificate of No Objection Regarding First Motion of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Enlarging the Time to File Notices of Removal of Related Proceedings [Docket No. 393 - filed November 29, 2022]

ii. Order Granting First Motion of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Enlarging the Time to File Notices of Removal of Related Proceedings [Docket No. 395 - entered November 30, 2022]

Status: On November 30, 2022, the Court entered an order regarding this matter. Accordingly, a hearing is no longer necessary.

## II. ADJOURNED MATTER:

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral and Affording Adequate Protection; (II) Modifying Automatic Stay; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Docket No. 12 - filed August 29, 2022]

   Response/Objection Deadline: September 22, 2022 at 4:00 p.m. (ET). Extended to January 11, 2023 for the Official Committee of Unsecured Creditors (the "Committee").

   Responses/Objections Received:

   A. Informal response from the U.S. Trustee.

   B. Informal response from the Committee.

   Related Documents:

   i. Interim Order (I) Authorizing Use of Cash Collateral and Affording Adequate Protection; (II) Modifying Automatic Stay; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Docket No. 53 – entered August 30, 2022]

   ii. Omnibus Notice of Second Day Hearing to be Held on September 29, 2022 at 10:00 a.m. (ET) [Docket No. 61 – filed August 31, 2022]

   iii. Notice of Rescheduled Second Day Hearing [Docket No. 95 – filed September 20, 2022]

   iv. Certification of Counsel Submitting Proposed Order Extending the Interim Use of Cash Collateral and the Official Committee of Unsecured Creditors' Challenge Period Under the Interim Cash Collateral Order [Docket No. 320 – filed November 8, 2022]

   v. Order Regarding Stipulation Extending the Interim Use of Cash Collateral and the Official Committee of Unsecured Creditors' Challenge Period

3

Under the Interim Cash Collateral Order [Docket No. 332 - entered November 10, 2022]

Status: This matter has been adjourned to the hearing on January 17, 2023 at 3:00 p.m. (ET).

III. **MATTER UNDER CERTIFICATION:**

4. Motion of the Debtors for Entry of an Order Extending the Time Within which Unexpired Leases of Nonresidential Real Property May Be Assumed or Rejected [Docket No. 373 – filed November 21, 2022]

    Response/Objection Deadline: November 28, 2022 at 4:00 p.m. (ET)

    Responses/Objections Received: None.

    Related Documents:

    i. Certification of Counsel Regarding Motion of the Debtors for Entry of an Order Extending the Time Within which Unexpired Leases of Nonresidential Real Property May Be Assumed or Rejected [Docket No. 396 - filed December 1, 2022]

    ii. **Order Granting Motion of the Debtors for Entry of an Order Extending the Time Within which Unexpired Leases of Nonresidential Real Property May Be Assumed or Rejected [Docket No. 400 – entered December 2, 2022]**

    Status: **On December 2, 2022, the Court entered an order regarding this matter. Accordingly, a hearing is no longer necessary.**

IV. **MATTER GOING FORWARD:**

5. Motion of Debtors for (I) Entry of an Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Remaining Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contracts; (II) Entry of an Order (A) Authorizing the Debtors' Entry into an Asset Purchase Agreement; and (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances; (III) Entry an Order Approving the Assumption and Assignment of the Assumed Contracts; and (IV) Related Relief [Docket No. 138 - filed October 5, 2022]

4

Sale Objection/Response Deadline: November 14, 2022 at 4:00 p.m. (ET). Extended to December 2, 2022 at 4:00 p.m. (ET).

Sale Objections/Responses Received: None.

Cure Objection Deadline: November 10, 2022 at 4:00 p.m. (ET). Extended for 3M Company until November 21, 2022. Extended for Amazon.com Services, LLC and its affiliates. until December 1, 2022.

Cure Objections/Responses Received:

A. Informal response from Mycelium Biotechnology Trading Pty Ltd.

Status: This informal response is resolved by an agreed cure amount to be reflected on a revised cure schedule.

B. Informal response from Daniel L. Bennett.

Status: This informal response is resolved by removing the contracts with Daniel L. Bennet from the cure schedule.

C. Informal response from Ashit Mehra.

Status: This informal response is resolved by removing the contracts with Ashit Mehra from the cure schedule.

D. Informal response from PacVue Corporation.

Status: This informal response is resolved by an agreed cure amount to be reflected on a revised cure schedule.

E. Informal response from Nature's Answer, Inc.

Status: This informal response is resolved by removing the agreement with Nature's Answer, Inc. from the cure schedule.

F. Informal response from 3M Company.

Status: At this time no bidder has requested assumption and assignment of the contracts that are the subject of this informal response, as a result, this informal response is adjourned to a date to be determined.

G.    Limited Objection of Bayer Healthcare LLC to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [Docket No. 280 – filed November 2, 2022]

Status: At this time no bidder has requested assumption and assignment of the contracts that are the subject of this objection, as a result, this objection is adjourned to a date to be determined.

H.    Pacific Shaving Company's Objection to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [Docket No. 324 – filed November 9, 2022]

Status: At this time no bidder has requested assumption and assignment of the contracts that are the subject of this objection, as a result, this objection is adjourned to a date to be determined.

I.    Limited Objection of United Parcel Services, Inc. and UPS Expedited Mail Services, Inc. to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [Docket No. 333 – filed November 10, 2022]

Status: At this time no bidder has requested assumption and assignment of the contracts that are the subject of this objection, as a result, this objection is adjourned to a date to be determined.

J.    Objection of Scrub Daddy Inc. to Potential Assumption and Assignment of Exclusive Distribution Agreement [Docket No. 334 – filed November 10, 2022]

Status: At this time no bidder has requested assumption and assignment of the contracts that are the subject of this objection, as a result, this objection is adjourned to a date to be determined.

K.    Maesa Holdings Inc.'s Cure Objection and Reservation of Rights [Docket No. 335 – filed November 10, 2022]

Status: At this time no bidder has requested assumption and assignment of the contracts that are the subject of this objection, as a result, this objection is adjourned to a date to be determined.

L.    Limited Objection [of RB Health (US) LLC, Reckitt Bencksier LLC, Mead Johnson & Company, LLC and Access VC Limited] to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases, and (II) Cure Amounts [Docket No. 336 – filed November 10, 2022]

Status: At this time no bidder has requested assumption and assignment of the contracts that are the subject of this objection, as a result, this objection is adjourned to a date to be determined.

M. Objection of Raymond Leasing Corporation to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [Docket No. 337 – filed November 10, 2022]

Status: At this time no bidder has requested assumption and assignment of the contracts that are the subject of this objection, as a result, this objection is adjourned to a date to be determined.

N. Limited Objection and Reservation of Rights of BDG Motor Parkway, LLC to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [Docket No. 338 – filed November 10, 2022]

Status: At this time no bidder has requested assumption and assignment of the lease that is the subject of this objection, as a result, this objection is adjourned to a date to be determined

**O. Objection of TIGI Linea Corp to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [Docket No. 399 – filed December 1, 2022]**

**Status: At this time no bidder has requested assumption and assignment of the contracts that are the subject of this objection, as a result, this objection is adjourned to a date to be determined.**

**P. Amazon.com Services LLC's Reservation of Rights to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [Docket No. 402 – filed December 2, 2022]**

**Status: This response has been resolved.**

Related Documents:

i. Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Remaining Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contracts; (II) Entry of an Order (A) Authorizing the Debtors' Entry into an Asset Purchase

ii.     Agreement; and (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances; (III) Entry an Order Approving the Assumption and Assignment of the Assumed Contracts; and (IV) Related Relief [Docket No. 264 – entered October 25, 2022]

ii. Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [Docket No. 268 – filed October 27, 2022]

iii. Notice of Filing of Proposed Order Authorizing (I) the Sale of All or Substantially All of the Debtors' Remaining Assets Free and Clear of All Encumbrances; (II) Entry of an Order Approving the Assumption and Assignment of the Assumed Contracts; and (III) Related Relief [Docket No. 311 – filed November 7, 2022]

iv. Notice of Adjournment of Certain Sale Deadlines Regarding the Sale of the Debtors' IP and Related Assets [Docket No. 345 – filed November 13, 2022]

v. Notice of Filing of Exhibit A to RB Health (US) LLP, Reckitt Benckiser LLC, Mead Johnson & Company, LLC, and Access VC Limited's Limited Objection to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases, and (II) Cure Amounts [Docket No. 351 – filed November 14, 2022]

vi. **Notice of Filing of Successful Bidder and Auction Transcripts [Docket No. 403 - filed December 2, 2022]**

vii. **Debtors' Witness List for Hearing on December 5, 2022 at 2:00 p.m. (ET) [Docket No. 404 – filed December 2, 2022]**

viii. **Amended Notice of (I) Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [Docket No. 405 - filed December 5, 2022]**

Witness Information:    The Debtors intend to offer testimony from Brian Teets and Richelle Kalnit.

General Status: The hearing on this matter is going forward.

[*Remainder of Page Intentionally Left Blank*]

8

Dated: December **5**, 2022
Wilmington, Delaware

Respectfully submitted,

*/s/ L. Katherine Good*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Aaron H. Stulman (No. 5807)
Andrew L. Brown (No. 6766)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: csamis@potteranderson.com
 kgood@potteranderson.com
 astulman@potteranderson.com
 abrown@potteranderson.com

- and -

Michael Klein, Esq.
Erica Richards, Esq.
Paul Springer, Esq.
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: mklein@cooley.com
 erichards@cooley.com
 pspringer@cooley.com

- and -

Cullen Drescher Speckhart, Esq.
**COOLEY LLP**
1299 Pennsylvania Avenue, NW Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
Email: cspeckhart@cooley.com

*Counsel for Debtors and Debtors in Possession*